PER CURIAM.

(No. 73—CC—202

SARGENT-WELCH SCIENTIFIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 15, 1973.*

SARGENT-WELCH SCIENTIFIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

341

PER CURIAM.